UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MOHAMED MOSHRIF, ) | |
| ) | CASE NO. C12-1249-RSL |
| Petitioner, ) | |
| ) | |
| v. ) | |
| ) | ORDER DENYING PETITIONER'S |
| SNOHOMISH COUNTY CORRECTIONS ) | HABEAS PETITION WITHOUT |
| and SNOHOMISH COUNTY SHERIFF'S ) | PREJUDICE |
| DEPARTMENT, ) | |
| ) | |
| Respondents. ) | |

The Court, having reviewed petitioner's petition for writ of habeas corpus, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's habeas petition and this action are DISMISSED, without prejudice;

(3) Petitioner is DENIED issuance of a certificate of appealability, and

/ / /

/ / /

ORDER DENYING PETITIONER'S
HABEAS PETITION WITHOUT PREJUDICE
PAGE -1

01     (4)    The Clerk is directed to send copies of this Order to petitioner, and to Judge

02              Theiler.

03    DATED this 18th day of March, 2013.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER DENYING PETITIONER'S
HABEAS PETITION WITHOUT PREJUDICE
PAGE -2