# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MOHAMED MOSHRIF, | CASE NO. C12-1249-RSL |
| Petitioner, | |
| v. | ORDER DENYING PETITIONER'S HABEAS PETITION WITHOUT PREJUDICE |
| SNOHOMISH COUNTY CORRECTIONS and SNOHOMISH COUNTY SHERIFF'S DEPARTMENT, | |
| Respondents. | |

The Court, having reviewed petitioner's petition for writ of habeas corpus, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's habeas petition and this action are DISMISSED, without prejudice;

(3) Petitioner is DENIED issuance of a certificate of appealability, and

/ / /

/ / /

01     (4)    The Clerk is directed to send copies of this Order to petitioner, and to Judge

02             Theiler.

03     DATED this 18th day of March, 2013.

04

05

06                                    Robert S. Lasnik

07                                    United States District Judge

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER DENYING PETITIONER'S
HABEAS PETITION WITHOUT PREJUDICE
PAGE -2